**SEALED**

FILED
March 16, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     SAJ
                Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v.<br><br>**REECE EDMOND DAVID WALTON<br>aka REECE WALTON**<br><br>Defendant | Case No: **SA-22-CR-00124-FB**<br><br>**INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. § 922(a)(6)<br>Falsified Information When Buying Firearm |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
**[18 U.S.C. § 922(a)(6)]**

On or about December 19, 2020, in the Western District of Texas, Defendant,

**REECE EDMOND DAVID WALTON,
aka REECE WALTON,**

in connection with the acquisition of a firearm, to wit, a Heritage, Model Rough Rider, .22 caliber revolver, serial number 1BH034648, from Money Mart Pawn & Jewelry #49 ("Money Mart"), a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Money Mart, located at 6413 NW Loop 410, San Antonio, Texas, which statement was intended and likely to deceive Money Mart as to a fact material to the lawfulness of such acquisition of the firearm by the defendant under chapter 44 of Title 18, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he had not previously been convicted of a felony, when in fact as the defendant then knew, he had been

convicted of a felony, in violation of Title 18, United States Code, Sections 922(a)(6) & 924(a)(2).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR WILLIAM F. CALVE
Assistant United States Attorney